IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

SANDRA WALKER,

        Petitioner,

v.

DAVITA, INC., and SEDGWICK
CMS,

        Respondents.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-3228

Opinion filed November 9, 2016.

Petition for Writ of Certiorari -- Original Jurisdiction.

Nicolette E. Tsambis, Lakeland, for Petitioner.

Donna L. Kerfoot, of Vernis & Bowling of The Gulf Coast, P.A., Tampa, for
Respondents.

PER CURIAM.

     DENIED.

ROWE, MAKAR, and KELSEY, JJ., CONCUR.